

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

KEUNTE DMON LEWIS,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§

§

§

§

§

§

§

No. 08-14-00210-CR

Appeal from the

363rd Judicial District Court

of Dallas County, Texas

(TC# F-1261741-W)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.